# IN THE SUPREME COURT OF TEXAS

No. 12-0779

IN RE CRIMSON EXPLORATION, INC.

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relator's unopposed motion for temporary relief, filed September 28, 2012, is granted.  The trial court's Order on Plaintiff's Motion to Compel Production of Documents from Crimson Exploration Inc. dated June 12, 2012, as amended by order on June 26, 2012, in Cause No. 10-11-21591-CV, styled *Magnum Producing, L.P. v. Copano Field Services/Central Gulf Coast, L.P., et al.*, in the 25th District Court of Lavaca County, Texas, is stayed pending further order of this Court.

2.      The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this October 05, 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK